# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RANDY MURPHY,** | } |
| **Plaintiff,** | } |
| v. | }  Case No.: 2:09-cv-1711-RDP-TMP |
| **CLARKE COUNTY JAIL; MEDICAL DEPARTMENT at the Jail County Hospital,** | } |
| **Defendants.** | } |

## ORDER

On September 1, 2009, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this action be transferred to the United States District Court for the Southern District of Alabama. Petitioner filed objections on September 16, 2009.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and Petitioner's objections, the court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Accordingly, it is **ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Southern District of Alabama. The Clerk of Court is **DIRECTED** to take all necessary steps to effectuate the transfer.

**DONE** and **ORDERED** this ____18th____ day of September, 2009.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE